```
 1                  UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF CALIFORNIA
 3                         ----oo0oo----
 4  PHILIP MORRIS USA INC.,
                                        CIV. NO. 1:06-CV-1173 OWW SMS
 5            Plaintiff,
        v.
 6
 7  MOHAMMED NAGI SAAD, individually
    and doing business as COUNTRY
 8  MARKET, et al.,
 9            Defendants.
    _____/
10
11  PHILIP MORRIS USA INC.,
12            Plaintiff,
13       v.
                                        Related Cases Nos.
14  MUNIR YASIN, et al.,                CIV. NO. S-02-2315 WBS DAD
    DENNIS ROGERS, et al.,                       S-02-2619 WBS DAD
15  RALPH G. GREER, JR., et al.,                 S-03-0409 WBS DAD
    DUC C. DUONG, et al.,                        S-03-0825 WBS DAD
16  HAN TRAN, et al.,                            S-03-1504 WBS DAD
    CHEAP CIGARETTES, et al.,                    S-03-2203 WBS DAD
17  HARMANDAR GILL, et al.,                      S-04-0323 WBS DAD
    SAAD SOUS, et al.,                           S-04-0524 WBS DAD
18  ELOISE S. ESCANDON, et al.,                  S-05-1337 WBS DAD
    M&S MARKET, et al.,                          S-06-0133 WBS DAD
19
              Defendant.
20  _____/
21                         ----oo0oo----
22
23                      RELATED CASE ORDER
24       Examination of the above-entitled actions reveals that
25  these actions are related within the meaning of Local Rule 83-
26  123, E.D. Cal. (1997). The cases all have the same plaintiff and
27  have similar issues of law.  Accordingly, the assignment of the
28  matters to the same judge is likely to effect a substantial
```

1  saving of judicial effort and is also likely to be convenient for
2  the parties.  The parties should be aware that relating the cases
3  under Local Rule 83-123 merely has the result that these actions
4  are assigned to the same judge and the same magistrate judge; no
5  consolidation of the actions is effected.
6          IT IS THEREFORE ORDERED that the action denominated
7  1:06-CV-1173 OWW SMS should be, and the same hereby is,
8  reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge
9  Dale A. Drozd for all further proceedings. Any dates currently
10 set in the reassigned case only are hereby VACATED.
11         IT IS FURTHER ORDERED that the action be transferred to
12 the Sacramento Division of the U.S. District Court.  Henceforth,
13 the caption on documents filed in the reassigned case shall be
14 shown as Case No. Civ. S-06-1989 WBS DAD.
15         IT IS FURTHER ORDERED that the Clerk of the Court make
16 appropriate adjustments in the assignment of civil cases to
17 compensate for this reassignment.
18         IT IS SO ORDERED.
19 DATED:  September 6, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE